AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Christopher Rawsthorne  Telephone: (313) 226-9100
Special Agent: Matthew Hughes  Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Tyrone Zackary Sawyer Jr.

Case: 2:23−mj−30175
Assigned To : Unassigned
Assign. Date : 4/26/2023
CMP: USA v SAWYER (MAW)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2022 through April 26, 2023__ in the county of __Oakland and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Sexual Exploitation of Children |
| 18 U.S.C. § 2252A(a)(2) | Distribution of Child Pornography |
| 18 U.S.C. § 2260A | Penalties for Registered Sex Offenders |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew R. Hughes, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: April 26, 2023

_Judge's signature_

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION

1. I have been employed as a Special Agent of the FBI since 2019 and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting child exploitation investigations.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251, 2252A, and 2260A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Tyrone Zackary Sawyer Jr. (hereinafter "Sawyer") for violations of 18 U.S.C. §§ 2251 (sexual exploitation of children), 2252A(a)(2) (distribution of child pornography), and 2260A (penalties for registered sex offenders).

1

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Sawyer has violated Title 18 U.S.C. §§ 2251, 2252A(a)(2), and 2260A.

**PREVIOUS SOUTHFIELD INVESTIGATION**

6. On or about March 9, 2020, a female born in 2004 (MV1) filed a complaint with Southfield Police Department. MV1 stated to Southfield Police Department that in September of 2018 she met a male named Tyrone on Instagram. They became friends and began video chatting on Facetime.

7. During the video chat, Tyrone requested that MV1 take of her clothes and pose nude for him multiple times. MV1 declined each time. Tyrone then promised that he would not record the screen if she did. MV1 then removed her clothes and masturbated for Tyrone while video chatting him.

8. In November 2018, MV1 became aware that a screen recording of her masturbating on video chat had been uploaded to Pornhub, a known pornography website.

9. MV1 reported the video to Pornhub multiple times under their terms and conditions as it depicted child pornography.

10. In November 2019, MV1 became aware that the video was still active on Pornhub, as several of her classmates had found it and shared it with each other.

11. MV1 stated that while video chatting with Tyrone and before the video was created, she informed him she was 14. While masturbating Tyrone asked MV1 not to tell anyone as he could get in trouble.

12. MV1 described Tyrone as a muscular black male with short dreadlocks and a dark complexion. She stated he had a tattoo on his chest.

13. On March 19, 2020, Southfield Police Department served a search warrant to Pornhub for information about the video MV1 reported. The video was provided to Southfield Police Department and MV1's identity was confirmed in the video. Southfield Police Department provided the video to me. I reviewed the video, and the video meets the federal definition of child pornography.

14. MV1 provided Southfield Police Department with the Instagram profile for Tyrone. Southfield Police Department requested assistance from Michigan State Police. Michigan State Police identified Tyrone as Tyrone Zackary Sawyer Jr., date

of birth XX/XX/2000.

15. On May 1, 2020, Southfield Police Detectives interviewed Sawyer at his home. During the interview Sawyer admitted to recording the video of MV1 masturbating during a video chat. He stated that he believed MV1 was 16 at the time the video was created. Sawyer then admitted to posting the video on Pornhub.

16. A warrant was issued for Sawyer on June 1, 2020. He was arrested on July 29, 2020. On September 14, 2021, Sawyer pled guilty to one count of Capturing and Distributing an Image of Unclothed Person. He was sentenced to one day in jail, 39 months of probation, and ordered to register as a sex offender.

## CURRENT INVESTIGATION

17. On March 2, 2023, a minor female born in 2006 (MV2) filed a complaint with Southfield Police Department. She stated that her ex-boyfriend, Tyrone Sawyer Jr., had recorded them having sex without her knowing. She was told by a friend that Sawyer had uploaded the video to Xvideos.com, a known pornography website.

18. MV2's friend told MV2 that Sawyer had sent MV2's friend a link to a video on Xvideos.com of Sawyer and MV2 having sex, and Sawyer told MV2's friend that it was MV2 in the video. MV2 provided the link to the video to Southfield Police Department.

19. The Southfield Police detective assigned to the case viewed the video that MV2 described as a link of her having sex with Sawyer and described it in her report. The video had a sexually explicit title. In the video, an unidentified male was filming as he engaged in vaginal sex with an unidentified female. The female was wearing a dark brown bonnet over her hair with Louis Vuitton symbols printed on it. The video appeared to be filmed in a hotel room.

20. MV2 stated that she viewed the profile of the person who uploaded the video to Xvideos.com. The name of the profile was "Freaky***" and the profile picture on the account was a picture of her ex-boyfriend Tyrone Sawyer Jr. MV2 stated that the profile page contained four videos of MV2.

21. On or about April 14, 2023, Southfield Police Department provided me with the information they had obtained during their investigation. I reviewed the link provided in the Southfield Police Department. The link was no longer active and the website stated the video was deleted. Southfield Police did not maintain a copy of the video.

22. On April 17, 2023, I viewed the "Freaky***" profile page on Xvideos.com. The profile picture on the page matches the driver's license picture and sex offender registry picture of Tyrone Sawyer Jr. Eight videos were posted to the profile. In the video believed to depict MV2, Sawyer is visible with his face and identifying tattoos filming himself engaged in vaginal sex with a black female in a

5

shower. The side of the female's face was visible. The detective compared the female's face to known images of MV2. The video had a date stamp of April 19, 2020.

23. The video link provided by MV2 was not publicly available on the "Freaky***" profile page. A Southfield Police Department detective familiar with the case viewed the videos posted to the profile. She believed at least one of the videos depicted MV2.

24. Three of the videos had a date stamp on the video displaying April 19, 2020. However, all eight of the videos were posted within the last six months.

25. I viewed the Michigan sex offender registry details for Tyrone Sawyer Jr. The registry showed Sawyer's last verification date was August 11, 2022. Sawyer is non-compliant on his registration as he has an expired driver's license.

26. On April 26, 2023, a federal search warrant was executed at Sawyer's residence in Madison Heights, Michigan. Sawyer was present at the time of the search.

27. Sawyer was detained and interviewed in the residence. The interview was recorded. Sawyer admitted to running the Xvideos.com account "Freaky***" and uploading several videos of him having sex with females to the profile. Sawyer was aware that some videos were deleted from the profile.

28. Sawyer stated that at least one of the videos that was deleted from the profile were of MV2. Sawyer has known MV2 for at least a year and a half. Sawyer stated he knew MV2 was a minor when they met and had sex. Sawyer stated he held the camera that recorded the video of them having sex. He stated he knew she was a minor when he uploaded the video of them having sex to his Xvideos.com profile.

## CONCLUSION

29. Based on the foregoing, there is probable cause to believe that Tyrone Zackary Sawyer Jr. is in violation of 18 U.S.C. §§ 2251 (sexual exploitation of children), 2252A(a)(2) (distribution of child pornography), and 2260A (penalties for registered sex offenders).

Respectfully submitted,

Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date: April 26, 2023

7